■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY BRANCH, Appellant. [849 NYS2d 188]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Camacho, J.), imposed May 20, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Florio, Covello and Dickerson, JJ., concur.